IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | | |
|---|---|---|
| MAZAK OPTONICS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 17-cv-01023 |
| | ) | |
| v. | ) | Honorable Samuel Der-Yeghiayan |
| | ) | |
| DOUG MARLETTE, | ) | Magistrate Judge Michael T. Mason |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO POSTPONE
<u>HEARING ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER</u>**

NOW COMES Defendant Doug Marlette ("Marlette"), by his attorneys, Kopecky Schumacher Rosenburg PC, and respectfully moves the Court to postpone the hearing on Plaintiff's Motion for a Temporary Restraining Order, and in support states:

1. Plaintiff terminated Defendant Doug Marlette on January 18, 2017. On January 25, 2017, Plaintiff sent Defendant a cease and desist letter demanding that Defendant stop using Plaintiff's information and documents.

2. On January 30, 2017, Defendant's counsel contacted Plaintiff's attorney and has been in nearly daily contact with Plaintiff's counsel since that time.

3. Defendant's counsel has worked with Plaintiff's counsel to ensure that Defendant returned and destroyed any of Plaintiff's documents in his possession, custody or control.

4. To that end, on February 1, 2017, Defendant submitted his cell phone and laptop computer to Plaintiff's third party forensic vendor for preservation. Pursuant to agreement between the parties, that vendor forensically preserved those devices, so that the vendor can search the devices for Plaintiff's information pursuant to an agreed-upon protocol.

5. On February 1, 2017, at the instruction of Plaintiff's counsel, after preserving a copy, Defendant deleted all of Plaintiff's information from his "Dropbox" account. Defendant

subsequently provided Plaintiff with a certification to that effect, and counsel for Defendant provided counsel for Plaintiff with a copy of the documents Defendant deleted from his Dropbox account. (A copy of the certification is attached hereto as Exhibit 1.)

6. To the best of Defendant's knowledge, he no longer has any of Plaintiff's information in his possession, custody or control. Accordingly, the status quo ante is already preserved, and there is nothing to enjoin.

7. Notwithstanding Defendant's cooperation, Plaintiff filed its Verified Complaint on February 7, 2017 and filed its Motion for an Emergency Temporary Restraining Order the next day on February 8, 2017.

8. The hearing on Plaintiff's Motion for Emergency Temporary Restraining Order is set for February 14, 2017 at 9:00 a.m. Defendant's attorney will be travelling to the airport the morning of February 14, 2017 to participate in a securities arbitration in New York on February 15-17, 2017. The securities arbitration will take place before the Financial Industry Regulatory Authority ("FINRA"), No. 15-01514.

9. Defendant respectfully requests this court reschedule the hearing on Plaintiff's motion until February 20, 2017, or another date convenient to the Court. Defense counsel has requested that Plaintiff's counsel voluntarily postpone the hearing until February 20, 2017, but Plaintiff's counsel did not agree to that accommodation.

10. As described above, Plaintiff's motion is not an emergency. Plaintiff has been aware of the complained of conduct since January 18, 2017. Moreover, Defendant has returned to Plaintiff the documents from his Dropbox account, and has cooperated with the forensic preservation of his cell phone and laptop computer. Defendant is currently unemployed. Thus, there is simply nothing to enjoin.

11. Therefore, because there is no emergency, counsel for Defendant has a scheduling

conflict, and there is no prejudice to Plaintiff as Defendant has voluntarily taken steps to preserve the status quo; Defendant respectfully requests this Court postpone the hearing on Plaintiff's request for a temporary restraining order.

WHEREFORE, Defendant, Doug Marlette, respectfully requests this Court enter an Order postponing the hearing date on Plaintiff's Motion for a Temporary Restraining Order to February 20, 2017, or another date convenient to the court.

Dated: February 9, 2017                                     Respectfully submitted,

                                                            DOUG MARLETTE

                                                            /s/  Daryl M. Schumacher

Daryl M. Schumacher
Kopecky Schumacher Rosenburg PC
120 N. LaSalle St., Ste. 2000
Chicago, IL 60602
Phone: (312) 380 – 6552
Fax: (312) 268 – 6493
www.ksrpc.com