## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| MAZAK OPTONICS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 17-cv-01023 |
| | ) | |
| v. | ) | Honorable Samuel Der-Yeghiayan |
| | ) | |
| DOUG MARLETTE, | ) | Magistrate Judge Michael T. Mason |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

To:  Edward J. Underhill
David J. Stein
Masuda, Funai, Eifert & Mitchell, LTD.
203 N. LaSalle St., Ste. 2500
Chicago, IL 60601

PLEASE TAKE NOTICE that on the 14th day of February, 2017, at 9:00a.m., or as soon thereafter as counsel may be heard, Defendant Doug Marlette, by and through his attorneys, shall appear before the Honorable Samuel Der-Yeghiayan, or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1903 of the Everett McKinley Dirksen, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present **Defendant's Motion to Postpone Hearing on Plaintiff's Motion for Temporary Restraining Order**, a copy of which is attached hereto and hereby served upon you.

Dated: February 9, 2017                                  Respectfully submitted,

                                                         DOUG MARLETTE

                                                         /s/  Daryl M. Schumacher

Daryl M. Schumacher
Kopecky Schumacher Rosenburg PC
120 N. LaSalle St., Ste. 2000
Chicago, IL 60602
Phone: (312) 380 – 6552

*Attorney for Defendant*