# EXHIBIT 1

## CERTIFICATION

I, Doug Marlette, hereby certify that the statements set forth below are true and correct. I am a former employee of Mazak Optonics Corporation. I have provided my attorney with a copy of all documents that relate to Mazak Optonics Corporation on Dropbox. I subsequently deleted those documents at the instruction of counsel for Mazak Optonics Corporation and they are no longer in my possession.

Dated: 2-7-17

Doug Marlette